MIDORI SHIMAMOTO, as Administratrix of the Estate of BART SCHWARTZ, Deceased, et al., Respondents, v S&F WAREHOUSES, INC., et al., Defendants, and SIMON, MEYROWITZ, MEYROWITZ & SCHLUSSEL, Appellant. (And a Third-Party Action.)

Submitted March 6, 2006; decided March 28, 2006

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the State Constitution (NY Const, art VI, § 3 [b] [3], [4]) and the CPLR (CPLR 5601 [c]; 5602 [b] [1]) do not authorize a grant of leave to defendant on a certified question in these circumstances (*see Maynard v Greenberg*, 82 NY2d 913 [1994]).